UNITED STATES DISTRICT COURT　　　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

March 05, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Robert Lancon, | § | |
| 　　Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-2051 |
| | § | |
| Stafflink, Inc., | § | |
| 　　Defendant. | § | |

## Order of Adoption

On February 5, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation. (D.E. 20.) No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

　　　　Signed March __5__, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　United States District Judge